UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SLADE,

                              Plaintiff,           20 Civ. 4198 (PAE) (JLC)

          -v-

                                                        ORDER

CUROLOGY, INC.,

                              Defendant.

---

PAUL A. ENGELMAYER, District Judge:

On July 20, 2020, the parties filed a stipulation of dismissal for the Court's endorsement. Dkt. 9.  The stipulation provides that the dismissal is "pursuant to a settlement agreement that shall be judicially enforceable[.]"  *Id.*  As explained in the Court's Individual Rules, if the parties would like the Court to retain jurisdiction to enforce the agreement, they must place the terms of their settlement agreement on the public record.  The parties may either include a copy of the settlement agreement as an exhibit to the stipulation of dismissal for the Court to endorse, or include the terms of their settlement agreement in their stipulation of settlement and dismissal.

SO ORDERED.

                                                                         *Paul A. Engelmayer*
                                                             PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: July 21, 2020
       New York, New York